648

David H. ESTY v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 205-79

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or cause dismissed.

Susan HILLMAN v. Ronald PAQUETTE, No. 218-79

December 4, 1979. Transcript to be ordered on or before January 4, 1980, or cause dismissed.

Kenneth DWYER t/a Ken Dwyer & Sons v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 223-79

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or cause dismissed.

Shirley McCREA, Administratrix of the Estate of Robert A. Monroe v. STATE of Vermont v. Bourdon's Inc. and P.P.G. Industries, Inc., No. 228-79

December 4, 1979. Plaintiff/appellant's brief to be filed on or before December 14, 1979, or cause dismissed.

James LAUDERDALE v. RITTER COMPANY, INC., No. 232-79

December 4, 1979. Printed case and appellant's brief to be filed on or before December 14, 1979, or cause dismissed.

Frank A. BARAW v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 247-79

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or cause dismissed.

IN RE APPLICATION OF Malcolm GOLDBERG, No. 252-79

December 4, 1979. Transcript to be ordered on or before January 4, 1980, or cause dismissed.

Gary SCHERLIN v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 256-79

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or cause dismissed.

STATE of Vermont v. SHOP & SAVE FOOD MARKETS, INC., No. 262-79

December 4, 1979. Motion of appellee to allow the Grand Union Company to file an amicus curiae brief is granted.